ACCEPTED
03-15-00229-CV
6067014
THIRD COURT OF APPEALS
AUSTIN, TEXAS
7/14/2015 5:13:38 PM
JEFFREY D. KYLE
CLERK

## COURT OF APPEALS
## THIRD DISTRICT OF TEXAS
## AUSTIN, TEXAS

FILED IN
3rd COURT OF APPEALS
AUSTIN, TEXAS

7/14/2015 5:13:38 PM
JEFFREY D. KYLE
Clerk

### NO. 03-15-00229-CV

**AZIZ SHAKARZAHI and ILIA SHAKARZAHI,**

Appellants,

vs.

**RAYMOND MALOOLY; ALAN MALOOLY; MALOOLY CORPORATION; PEBBLE HILLS PLAZA, LTD.; ASLM, LTD.; ASLM II, LTD.; JANUARY 2K, LTD.; and FEDERAL ACCEPTANCE CORPORATION,**

Appellees.

### NOTICE OF DESIGNATION OF LEAD COUNSEL OF APPELLEES

Pursuant to Tex. R. App. P. 6.1, Appellees Raymond Malooly; Alan Malooly; Malooly Corporation; Pebble Hills Plaza, Ltd.; ASLM, Ltd.; ASLM II, Ltd.; January 2K, Ltd.; and Federal Acceptance Corporation hereby designate S. Anthony Safi as their lead appellate counsel. David M. Mirazo will remain as an attorney of record, but Mr. Safi shall serve as lead appellate counsel. Mr. Safi's contact information is as follows:

S. Anthony Safi
State Bar No. 17516800
safi@mgmsg.com
Mounce, Green, Myers, Safi, Paxson & Galatzan
A Professional Corporation
P. O. Box 1977
El Paso, Texas    79999-1977
Street Address: 100 N. Stanton, Suite 1000 (79901)
Tel. No. (915) 532-2000
Fax No. (915) 541-1548

Mr. Safi will assume the role as Lead Counsel for Appellees; notice is

provided to opposing counsel as per Tex. R. App. P. 6.1(c).

Respectfully submitted,

S. Anthony Safi
State Bar No. 17516800
David M. Mirazo
State Bar No. 24044610
Merwan N. Bhatti
State Bar No. 24064896
MOUNCE, GREEN, MYERS, SAFI,
PAXSON & GALATZAN
A Professional Corporation
P. O. Box 1977
El Paso, Texas    79999-1977
(915) 532-2000
Fax No. (915) 541-1548

By:    \_\_\_\_/s/ S. Anthony Safi_____
          S. Anthony Safi

By:    \_\_\_\_/s/ David M. Mirazo_____
          David M. Mirazo

Attorneys for Appellees

## CERTIFICATE OF SERVICE

I hereby certify that on the 14th day of July, 2015, I electronically filed the foregoing notice of designation of lead counsel with the Clerk of the Court using the e-filing system service provider, which will serve a copy of same on Norberto Flores, Flores Law Firm, P. O. Box 342192, Austin, Texas 78734-0037 (ntexaslaw@outlook.com).

\_\_\_\_/s/ S. Anthony Safi_____
S. Anthony Safi

1217108/SAS/14174-113

3